# NASHVILLE & CHATTANOOGA RAILROAD COMPANY *v.* WADE.

PLEADING AND PRACTICE: *Plea in abatement for misnomer.* A plea in abatement to a misnomer in the original writ, after correction of the name by leave of the Court and filing of plea in bar by defendant, will not be allowed.

Cases cited: Heis. Dig., 6–7.

### FROM RUTHERFORD.

Appeal from the Circuit Court. W. H. WILLIAMSON, Judge.

PALMER & RICHARDSON and DARRAGH for the Company.

J. W. BURTON, for Wade.

NICHOLSON, C. J., delivered the opinion of the Court.

The writ in this case was issued and served on the defendants by a wrong name. Before filing declaration plaintiff obtained leave to amend the writ by inserting the true name. Declaration was then filed and defendant put in the plea of not guilty. Two terms afterwards defendant obtained leave to file a plea in abatement; but, on motion of the plaintiff, at the same time, the Court struck out the plea, and the cause was tried on the plea in bar.

Nashville & Chattanooga Railroad Co. *v.* Wade.

There was no ground for a plea in abatement for misnomer, after the amendment was made, and especially after plea in bar and two terms after the amendment and filing of the‾ declaration. Heisk. Dig., 6–7.

The Court erred in allowing the plea in abatement to be filed, but corrected the error by striking out the plea and trying the cause on the plea in bar.

This being the only error assigned and relied on, the judgment is affirmed.